EXHIBIT E

# THOMPSON, MacCOLL & BASS, LLC, P.A.
## COUNSELORS AT LAW

EDWARD S. MacCOLL *†
MARSHALL J. TINKLE *†
JOHN R. BASS, II**

* ALSO ADMITTED IN NH
† ALSO ADMITTED IN MA
** OF COUNSEL

15 Monument Square, 4th Floor
P.O. BOX 447
PORTLAND, MAINE 04112-0447

TELEPHONE (207) 774-7600
FACSIMILE (207) 772-1039
WWW.THOMPORT.COM

BENJAMIN THOMPSON
(1857-1918)
NATHAN W. THOMPSON
(1895-1969)
BENJAMIN THOMPSON
(1921-2002)

August 6, 2021

**VIA HAND DELIVERY**

Caitlin Kellner, Manager of Cumberland County Court Operations
Cumberland County Superior Court
205 Newbury Street
Portland, ME 04101

Re:   Tonia L. Mason v. Recover Together, Inc.

CV-21-302

Dear Caitlin:

  Enclosed for filing is a Complaint, Acceptance of Service, Civil Summary Sheet, and check in the amount of $175.00 for filing fee.

  Thank you for your assistance.

Sincerely,

Marshall J. Tinkle, MBN 2833

MJT/jb
Enclosures
cc:   Michael G. Messerschmidt
   Tonia Mason

REC'D CUMB CLERKS OFC
AUG 6 '21 AM 11:39

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. CV-21-302 |

TONIA L. MASON,

    *Plaintiff*

v.                                                          ACCEPTANCE OF SERVICE

RECOVER TOGTHER, INC.,

    *Defendant.*

On the 5th day August, 2021, I accepted service of the Summons and Complaint on behalf of Defendant, Recover Together, Inc.

I further represent that by accepting service of the aforesaid documents, Defendant hereby accepts service as if the same were served upon Recover Together, Inc. pursuant to Rule 4 of the Maine Rules of Civil Procedure, and waives any and all defenses relating to service.

                                                         Michael G. Messerschmidt, Esq.
                                                         PretiFlaherty
                                                         One City Center
                                                         P.O. Box 9546
                                                         Portland, Maine 04112-9546

| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. CV-21-302 |

TONIA L. MASON, County of Oxford and State of Maine,

    *Plaintiff*

v.

RECOVER TOGTHER, INC., a Delaware corporation with a place of business in Portland, County of Cumberland and State of Maine,

    *Defendant.*

**COMPLAINT**

NOW COMES Plaintiff, Tonia L. Mason, by and through her counsel, and for her Complaint against Defendant, Recover Together, Inc., states as follows:

1. Plaintiff is a resident of Bethel, County of Oxford and State of Maine.

2. Defendant is a corporation organized and existing under the laws of Delaware and having a place of business in Portland, County of Cumberland and State of Maine.

3. Plaintiff is female.

4. Defendant hired Plaintiff in or about March 2020, originally as a head counselor in its Rumford, Maine office.

5. Defendant required Plaintiff to go to its Augusta office for an extensive period of training.

6. Beginning in March 2020, Plaintiff was repeatedly sexually harassed by her trainer/supervisor.

7. Among other things, the trainer/supervisor came to a group meeting visibly intoxicated and told Plaintiff three times in front of other group members that he loved her.


A True Copy
ATTEST: _Caitlin M. Keene_
    Clerk of Courts

1

8. On another occasion, he appeared remotely for a meeting in front of an unmade bed. When questioned about the bed, he smirked and stated, "I am inviting you in."

9. The supervisor's harassing behavior made Plaintiff so uncomfortable and made her work environment so unpleasant as to constitute a hostile work environment.

10. Plaintiff, following proper procedure, repeatedly contacted various management officials of Defendant to report the sexual harassment.

11. Defendant failed to take any action to address the sexual harassment.

12. As a direct and proximate result, Plaintiff was compelled to resign from her employment with Defendant.

13. In subjecting Plaintiff to adverse employment actions, including but not limited to an ongoing hostile work environment and constructive discharge, Defendant discriminated against Plaintiff on the basis of her sex.

14. Defendant engaged in discriminatory practices with malice or with reckless indifference to the rights of Plaintiff to be free from unlawful discrimination and harassment in employment, in violation of the Maine Human Rights Act, 5 M.R.S. § 4551 *et seq*.

15. As a direct and proximate result in Defendant's unlawful discrimination and harassment against Plaintiff, she has suffered, and will continue to suffer, lost wages, lost benefits, lost earning capacity, loss of enjoyment of life, injury to reputation, injury to career, humiliation, emotional distress, and other pecuniary and non-pecuniary losses.

16. Plaintiff filed a charge of discrimination against Defendant with the Maine Human Rights Commission within three hundred days of the unlawful employment practices alleged herein.

17.     The Maine Human Rights Commission has authorized Plaintiff to proceed to Court and has issued a right-to-sue letter dated July 29, 2021, a copy of which is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, Tonia L. Mason, respectfully requests that this honorable Court enter judgment in her favor against Defendant, Recover Together, Inc., declaring the conduct engaged in by Defendant and its agents to be a violation of Plaintiff's rights; awarding her equitable relief for back pay, front pay, benefits, and prejudgment interest; awarding compensatory and punitive damages, together with interest, costs, expert witness fees and attorney's fees; and granting such other and further relief as this honorable Court deems just and proper.

DATED at Portland, Maine this 5th day of August, 2021.

*/s/ Marshall J. Tinkle*
Marshall J. Tinkle *(MBN 2833)*
Counsel for Plaintiff
Tonia L. Mason

THOMPSON, MACCOLL & BASS, LLC, P.A.
15 Monument Square, 4th Floor
PO Box 447
Portland ME  04112-0447
(207) 774-7600

3





# Maine Human Rights Commission
# 51 State House Station, Augusta, ME 04333-0051

*Physical location: 19 Union Street, Augusta, ME 04330*
Phone (207) 624-6290 ▪ Fax (207) 624-8729 ▪ TTY: Maine Relay 711
*www.maine.gov/mhrc*

**Amy M. Sneirson**
EXECUTIVE DIRECTOR

**Barbara Archer Hirsch**
COMMISSION COUNSEL

July 29, 2021

Tonia L. Mason
2067 Intervale Road
Bethel, ME 04217

RE:   NOTICE OF RIGHT TO SUE, Issued upon Complainant's Request
      CHARGE NO: E21-0034

To The Person Aggrieved:

More than 180 days have expired since the filing of this charge. This is your NOTICE OF RIGHT TO SUE issued pursuant to 5 M.R.S. §4612, sub-§6 and §4622, sub-§1, ¶C. It is issued at your request. **If you intend to sue the Respondent(s) named in your charge, you must do so within two (2) years of the act of unlawful discrimination complained of in your charge or within 90 days of the issuance of this letter, whichever is later.**

With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

An information copy of this NOTICE OF RIGHT TO SUE has been sent to the Respondent(s) shown below.

On Behalf of the Commission,

*Amy M. Sneirson*

Amy M. Sneirson
Executive Director

cc:   GROUPS RECOVER TOGETHER
      Michael G. Messerschmidt, Esq.
      Marshall Tinkle, Esq.

ME RIGHT TO SUE REV 06.24.2016

CONTAINS NONPUBLIC DIGITAL INFORMATION

EXHIBIT E

# MAINE JUDICIAL BRANCH

This summary sheet and the information it contains do not replace or supplement the filing and service of pleadings or other papers as required by the Maine Rules or by law. This form is required for the Clerk of Court to initiate or update the civil docket. The information on this summary sheet is subject to the requirements of M. R. Civ. P. 11.

CV-21-302

**I. COUNTY OF FILING OR DISTRICT COURT JURISDICTION** ("X" the appropriate box and enter the County or location)
- [X] Superior Court County: Cumberland
- [ ] District Court Location (city/town): _____

**II. NATURE OF THE FILING**
- [X] Initial Complaint
- [ ] Third-Party Complaint
- [ ] Cross-Claim or Counterclaim
- [ ] Reinstated or Reopened case: Docket Number: _____

*If filing a second or subsequent Money Judgment Disclosure, give the docket number of the first disclosure.)*

**Initial Complaint:** A complaint filed as an original proceeding. A filing fee is required.
**Third-Party Complaint:** An original defendant's action against a third party that was not part of the original proceeding. A filing fee is required.
**Cross-Claim:** An original defendant's claim against another original defendant. No additional fee is required.
**Counterclaim:** An original defendant's claim against an opposing party. No additional fee is required.
**Reinstated or Reopened Case:** Money Judgment Disclosures or post-judgment motions.

**III.** [ ] REAL ESTATE OR TITLE TO REAL ESTATE IS INVOLVED

**IV. MOST DEFINITIVE NATURE OF ACTION**
("X" in ONE box. If the case fits more than one nature of action, select the one that best describes the cause of action.)

**GENERAL CIVIL**
**Constitutional/Civil Rights**
- [X] Constitutional/Civil Rights

**Contract**
- [ ] Contract

**Declaratory/Equitable Relief**
- [ ] Declaratory Judgment
- [ ] General Injunctive Relief
- [ ] Other Equitable Relief

**Non-Personal Injury Torts**
- [ ] Auto Negligence
- [ ] Libel/Defamation
- [ ] Other Negligence
- [ ] Other Non-Personal Injury Tort

**Personal Injury Torts**
- [ ] Assault/Battery
- [ ] Auto Negligence
- [ ] Domestic Tort
- [ ] Medical Malpractice
- [ ] Other Negligence
- [ ] Other Personal Injury Tort
- [ ] Product Liability
- [ ] Property Negligence

**Statutory Actions**
- [ ] Freedom of Access
- [ ] Other Statutory Action
- [ ] Unfair Trade Practice

**Miscellaneous Civil**
- [ ] Administrative Warrant
- [ ] Appointment of Receiver
- [ ] Arbitration Awards
- [ ] Common Law Habeas Corpus
- [ ] Debt Collection
  - [ ] Brought by a debt collector as defined by 32 M.R.S. § 11002
- [ ] Drug Forfeiture
- [ ] Foreign Deposition
- [ ] Foreign Judgments
- [ ] HIV Testing
- [ ] Land Use Enforcement (80K)
- [ ] Minor Settlements
- [ ] Other Civil
- [ ] Other Forfeiture/Property Libel
- [ ] Pre-Action Discovery
- [ ] Prisoners Transfers
- [ ] Shareholders' Derivative Action

**REAL ESTATE**
**Foreclosures**
- [ ] Foreclosure (ADR exempt)
- [ ] Foreclosure (Diversion eligible)
- [ ] Foreclosure (Other)

**Title Actions**
- [ ] Boundary
- [ ] Easement
- [ ] Eminent Domain
- [ ] Quiet Title

**Miscellaneous Real Estate**
- [ ] Abandoned Road
- [ ] Adverse Possession
- [ ] Equitable Remedy
- [ ] Mechanics Lien
- [ ] Nuisance
- [ ] Other Real Estate
- [ ] Partition
- [ ] Trespass

**APPEALS (ADR EXEMPT)**
- [ ] Administrative Agency (80C)
- [ ] Governmental Body (80B)
- [ ] Other Appeal

**CHILD PROTECTIVE CUSTODY**
- [ ] Non-DHHS Protective Custody

**SPECIAL ACTIONS**
- [ ] Money Judgment Disclosure

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-001, Rev. 02/21
Civil Summary Sheet

Page 1 of 4

www.courts.maine.gov
REC'D CUMB CLERKS OFC
AUG 6 '21 AM 11:38

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

**V.   M.R. Civ. P. 16B ALTERNATIVE DISPUTE RESOLUTION (ADR)**

☐ I certify that pursuant to M.R. Civ. P. 16B(b), this case is exempt from a required ADR process because ("X" one box below):

☐ It falls within an exemption listed above (it is an appeal or an action for non-payment of a note in a secured transaction).

☐ The plaintiff or defendant is incarcerated in a local, state, or federal facility.

☐ The parties have participated in a statutory pre-litigation screening panel process with (name of panel chair) _____ that concluded on (date of panel finding - mm/dd/yyyy) _____.

☐ The parties have participated in a formal ADR process with (name of neutral) _____ on (date – mm/dd/yyyy) _____.

☐ The plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption.

☐ The action does not include ADR pursuant to M.R. Civ. P. 16(a)(1).

☐ There is other good cause for an exemption and the plaintiff has filed a motion for exemption.

**VI.   PARTY AND ATTORNEY CONTACT INFORMATION**

If you need additional space, list additional parties on an attachment and note "see attachment" in the appropriate section.

> **Please note:** If a party is a government agency, use the full agency name or the standard abbreviation. If the party is an official within a government agency, identify the agency first and then the official, giving both name and title.

**(a) PLAINTIFF(S)**

("X" the box below to indicate the party type associated with the filing)

☒ Plaintiff(s)
☐ Third-Party Plaintiff(s)
☐ Counterclaim Plaintiff(s)
☐ Cross-Claim Plaintiff(s)

Is the plaintiff a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (first, middle initial, last): Tonia L. Mason
Mailing address (include county): 456 Virgin Street
Rumford, ME 04276
Telephone:
Email: masontools@yahoo.com

Name (first, middle initial, last):
Mailing address (include county):
Telephone:
Email:

**(b) ATTORNEY(S) FOR PLAINTIFF(S)**

If there are multiple attorneys, indicate the lead attorney. If all counsel do not represent ALL plaintiffs, specify which plaintiff(s) the listed attorney(s) represents.

Name and bar number: Marshall J. Tinkle, Bar No. 2833
Firm name: Thompson, MacColl & Bass, LLC, P.A.
Mailing Address: 15 Monument Sq., 4th Floor, P.O. Box 447
Portland, ME 04112-0447
Telephone: 207-774-7600
Email: mtinkle@thomport.com

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

### (c) DEFENDANT(S)

*("X" the box below to indicate the party type associated with the filing)*
☒ Defendant(s)
☐ Third-Party Defendant(s)
☐ Counterclaim Defendant(s)
☐ Cross-Claim Defendant(s)

Is the defendant a prisoner in a local, state, or federal facility? ☐ Yes ☒ No

Name (*first, middle initial, last*): Recover Together, Inc.
Mailing address (*include county*): 222 Saint John Street
Portland, ME 04102
Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____

Telephone: _____
Email: _____

### (d) ATTORNEY(S) FOR DEFENDANT(S)

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL defendants, specify which defendant(s) the listed attorney(s) represents.*

Name and bar number: Michael G. Messerschmidt
Firm name: PretiFlaherty
Mailing Address: One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone: _____
Email: mmesserschmidt@preti.com

Name and bar number: _____
Firm name: _____
Mailing Address: _____

Telephone: _____
Email: _____

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

**MAINE JUDICIAL BRANCH**

**(e) PARTIES IN INTEREST**

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

Name (*first, middle initial, last*): _____
Mailing address (*include county*): _____
_____
Telephone: _____
Email: _____

**(f) ATTORNEY(S)**

If there are multiple attorneys, indicate the lead attorney. *If all counsel do not represent ALL parties in interest, specify which parties in interest the listed attorney(s) represents.*

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____
Telephone: _____
Email: _____

Name and bar number: _____
Firm name: _____
Mailing Address: _____
_____
Telephone: _____
Email: _____

**VII. RELATED CASE(S) IF ANY**

Case name: _____
Docket Number: _____
Assigned Judge/Justice: _____

Date (*mm/dd/yyyy*): 08/05/2021

▶ *Marshall J. Tinkle* (signature)
Signature of Plaintiff or Lead Attorney of Record

Marshall J. Tinkle
Printed Name of Plaintiff or Attorney

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.