# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| TONIA L. MASON, )<br><br>Plaintiff, )<br><br>v. )<br><br>RECOVER TOGETHER, INC., )<br><br>Defendant. ) | Civil No. 2:21-cv-241-JDL |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to the dismissal of this action, with prejudice and without costs or attorney's fees to any party.

Dated at Portland, Maine this 16th day of February 2022.

Respectfully submitted,

Tonia L. Mason

*By her attorney*,

/s/ *Marshall J. Tinkle*
Marshall J. Tinkle, Esq.


Thompson, MacColl & Bass,
LLC, P.A.
P.O. Box 447
Portland, ME 04112-0447
T: (207) 774-7600
mtinkle@thomport.com

Recover Together, Inc.

*By its attorneys*,

/s/ *Laura A. Rideout*
Laura A. Rideout, Esq.
Michael G. Messerschmidt, Esq.

PRETI FLAHERTY BELIVEAU
& PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
T: (207) 791-3000
F: (207) 791-3111

lrideout@preti.com
mmesserschmidt@preti.com

18713831.1

## CERTIFICATE OF SERVICE

I hereby certify this 16th day of February, 2022 copies of the foregoing document served on all counsel of record electronically via ECF.


/s/ *Laura A. Rideout*
Laura A. Rideout

18713831.1